# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-06-00368-CV

**Le Ann Jones, Appellant**

**v.**

**Federal National Mortgage Association, Appellee**

### FROM THE COUNTY COURT OF FAYETTE COUNTY
### NO. 3359, HONORABLE EDWARD F. JANECKA, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Le Ann Jones filed her notice of appeal on June 23, 2006.  On October 23, 2006, this Court received notice from the Fayette County Clerk's office that Jones had not paid or made arrangements to pay for the clerk's record.  The clerk's record has not been filed.  On October 24, 2006, the Clerk of this Court sent notice to Jones that this appeal would be dismissed for want of prosecution if she did not submit a status report to this Court by November 3, 2006.  To date, Jones has not responded to this Court's notice.  Accordingly, we dismiss the appeal for want of prosecution.  Tex. R. App. P. 37.3(b).

_____

Bob Pemberton, Justice

Before Justices B. A. Smith, Pemberton and Waldrop

Dismissed for Want of Prosecution

Filed:   November 29, 2006